# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148257 & (81)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC: 148257
                                 COA: 306339
                                 Muskegon CC: 10-059619-FH

REGINALD DEWAYNE NELSON,
     Defendant-Appellant.

_____/

      On order of the Court, the motion to file a *pro se* supplemental brief is GRANTED. The application for leave to appeal the October 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

t0324